# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **KEN DIXON,** :<br>:<br>  Plaintiff, :<br>:<br>v. :<br>:<br>**ROBERT BUTLER, individually,** :<br>**RICHARD GOODSON, individually,** :<br>**CHAD McDONALD, individually,** :<br>:<br>  Defendants. :<br>_____ | Civil Action No. 5:07-cv-276(HL) |

## ORDER

On December 19, 2007, this case was stayed at the request of the parties pending the outcome of an appeal in a related case.  The parties filed a joint status report on October 22, 2008, informing the Court that the appellate case had been stayed pending the outcome of a Peace Officer Standard and Training Council proceeding.  No further updates have been provided during the past eight months. The parties are hereby directed to advise the Court as to the status of the pending appeal and agency proceeding by not later than July 24, 2009.

**SO ORDERED**, this the 14th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh