IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KEN DIXON, :
:
    Plaintiff, :
:
v. : Civil Action No. 5:07-cv-276 (HL)
:
ROBERT BUTLER, individually, :
RICHARD GOODSON, individually, :
CHAD McDONALD, individually, :
:
    Defendants. :
_____

**ORDER**

On December 19, 2007, this case was stayed at the request of the parties pending the outcome of an appeal in a related case. Plaintiff informed the Court that the outcome of the appeal would affect the manner in which he would proceed in this matter. On April 30, 2010, the Eleventh Circuit affirmed the judgments of the Northern District of Georgia granting the defendants' motion for summary judgment and denying Plaintiff's Rule 60(b) motion in the related case.

Plaintiff is directed to file a report with the Court no later than May 21, 2010 detailing how he plans to proceed in this case.

**SO ORDERED**, this the 3rd day of May, 2010.

                      *s/ Hugh Lawson*
                      **HUGH LAWSON, SENIOR JUDGE**

mbh